UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00239-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. SANTOS QUEVEDO-MOLINA, a/k/a Santos Dias-Torres, a/k/a Lucas Gonzalez-Escamilla,

 Defendant.

## ORDER

 This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Monday, June 28, 2010,** and responses to these motions shall be filed by **Monday, July 5, 2010.** It is

 FURTHER ORDERED that a final trial preparation conference has not been set at this time. Counsel shall contact Chambers should a hearing become necessary. It is

 FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 12, 2010, at 9:00 a.m. in courtroom A-1002.**

 Dated this 13th day of May, 2010.

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Chief U. S. District Judge