UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00239-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SANTOS QUEVEDO-MOLINA, a/k/a Santos Dias-Torres, a/k/a Lucas Gonzalez-Escamilla,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on June 25, 2010. Accordingly, the jury trial set for July 12, 2010 is hereby **VACATED**. A Change of Plea hearing is set for **Wednesday, September 1, 2010 at 1:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: June 25, 2010