**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   10-cr-00239-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SANTOS MOLINA-QUEVADO, a/k/a Santos Dias-Torres, a/k/a Lucas
Gonzalez-Escamilla,

      Defendant.

_____

### ORDER FOR TIME SERVED

_____

      PURSUANT to and in accordance with the Supervised Release Violation hearing

held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on

December 9, 2014, it is hereby

      ORDERED that Defendant Santos Molina-Quevado is sentenced to **TIME

SERVED.**

      Dated:  December 9, 2014.

                        BY THE COURT:


                        /s/ Wiley Y. Daniel_____
                        WILEY Y. DANIEL,
                        SENIOR UNITED STATES DISTRICT JUDGE